IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>     Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |
| AREU STUDIOS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>AREU STUDIOS EQUITY INVESTOR, LLC,<br><br>     Defendant. | ADVERSARY PROCEEDING<br>NO. 21-05103 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, I caused the *Complaint* (Doc. No. 1) and *Emergency Motion for Temporary Restraining Order and Request for Hearing Date and Briefing Schedule with Respect to the Debtor's Request for a Preliminary Injunction* (Doc. No. 2) to be served on all parties referenced below via method indicated:

*Via Email, U.S. Mail, and Federal Express Overnight:*
Areu Studios Equity Investor, LLC
c/o Arena Investors, LP
Attn: Elvin Anchipolvsky
Attn: Real Estates Notices
405 Lexington Avenue, 59th Floor
New York, New York 10174
Reference: LN 6500
eanchipolvsky@arenaco.com
jefelletter@arenaco.com
reporting@arenaco.com

*Via Email:*
Granderson Des Rochers, LLP
Corey Martin, Esq.
corey@gdrfirm.com

*Via Email, U.S. Mail, and Federal Express Overnight:*
Cole Schotz P.C.
Attn: Roger Iorio, Esq.
25 Main Street
Hackensack, New Jersey 07601
riorio@coleschotz.com
myellin@coleschotz.com
rnalavala@coleschotz.com

This 30th day of September, 2021

JONES & WALDEN LLC
*/s/ Leslie M. Pineyro*
Leslie M. Pineyro, Georgia Bar No. 969800
Attorney for Plaintiff
699 Piedmont Avenue, NE, Atlanta, Georgia 30308
lpineyro@joneswalden.com
(404) 564-9300