IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**AREU STUDIOS, LLC,**<br><br>      Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |
| **AREU STUDIOS, LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**AREU STUDIOS EQUITY INVESTOR, LLC,**<br><br>      Defendant. | ADVERSARY PROCEEDING<br>NO. 21-05103 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I caused the *Complaint* (Doc. No. 1) and *Summons* (Doc. No. 4) to be served on the following parties referenced below via U.S. First Class Mail, postage prepaid:

Areu Studios Equity Investor, LLC
c/o Arena Investors, LP
Attn: Elvin Anchipolvsky
Attn: Real Estate Notices
405 Lexington Avenue, 59th Floor
New York, New York 10174
Reference: LN 6500

Cole Schotz P.C.
Attn: Roger Iorio, Esq.
25 Main Street
Hackensack, New Jersey 07601

I further certify that on October 1, 2021, I caused the *Complaint* (Doc. No. 1), *Emergency Motion for Temporary Restraining Order and Request for Hearing Date and Briefing Schedule with Respect to the Debtor's Request for a Preliminary Injunction* (Doc. No. 2), and *Summons* (Doc. No. 4) to be served on the following parties listed below via U.S. First Class Mail, postage prepaid:

Arena Studios Equity Investor, LLC
c/o Corporation Service Company, Reg. Agent
251 Little Falls Drive
Wilmington, DE 19808

Joshua Berman
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

This 1st day of October, 2021

                                                         **JONES & WALDEN LLC**
                                                        */s/ Leslie M. Pineyro*
                                                        Leslie M. Pineyro
                                                        Georgia Bar No. 969800
                                                        Attorney for Plaintiff
                                                        699 Piedmont Avenue, NE, Atlanta, Georgia 30308
                                                        lpineyro@joneswalden.com
                                                        (404) 564-9300