**IT IS ORDERED as set forth below:**



Date: October 1, 2021

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: | |
| **AREU STUDIOS, LLC,** | CASE NUMBER **20-71228-PMB** |
| Debtor. | CHAPTER 11 |
| **AREU STUDIOS, LLC,** | ADVERSARY PROCEEDING |
| Plaintiff, | CASE NUMBER 21-05103-PMB |
| v. | |
| **AREU STUDIOS EQUITY INVESTOR, LLC,** | |
| Defendant. | |

**ORDER AND NOTICE OF HEARING ON PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND BRIEFING SCHEDULE**

On September 30, 2021, the Plaintiff filed an *Emergency Motion for Temporary Restraining Order and Request for Hearing Date and Briefing Schedule with Respect to the Debtor's Request for a Preliminary Injunction* (Docket No. 2)(the "Motion"). After review of the matter, it is hereby

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Court will hold a virtual hearing regarding the Motion on the **6th day of October, 2021, commencing at 2:00 P.M** via Judge Baisier's [Virtual Hearing Room.](#)[1]

Notice is hereby provided as follows.  Your rights may be affected by the Court's ruling on the matter.  You should read the matter carefully and discuss the matter with your attorney if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the relief sought in the matter or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the matter with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk before the hearing.  The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303.

The Clerk is directed to serve a copy of this Order upon Plaintiff, Plaintiff's Counsel, Defendant, Counsel for the Defendant (Joshua Berman, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1095), Counsel for the Defendant (Matthew Devine, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1095), and the United States Trustee.

**[END OF DOCUMENT]**

---

[1] The link for the Virtual Hearing Room can be found on the Judge Baisier's webpage at https://www.ganb.uscourts.gov/content/honorable-paul-m-baisier and is best used on a desktop or laptop computer but may be used on a phone or tablet. Participants' devices must have a camera and audio.