# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **AREU STUDIOS, LLC,** | Case No. 20-71228-pmb |
| Debtor. | |
| **AREU STUDIOS, LLC,** | |
| Plaintiff. | ADVERSARY PROCEEDING NO. |
| | 21-05103-pmb |
| v. | |
| **AREU STUDIOS EQUITY INVESTOR, LLC** | |
| Defendant. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**COMES NOW**, the below-identified counsel and, pursuant to Rules 9010(b) and 2002(g) of the *Federal Rules of Bankruptcy Procedure*, hereby enters an appearance as counsel for AREU STUDIOS EQUITY INVESTOR, LLC, in the above-styled proceeding.

Matthew R. Brooks
Harris B. Winsberg
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, NE, Ste. 3000
Atlanta, GA 30308

Joshua Berman
Matthew R. Devine
Alice Tsier
WHITE & CASE LLP
1221 6th Ave
New York, NY 10020

Counsel requests to be served with copies of all notices and pleadings given or required to be given pursuant to the Bankruptcy Code or Rules, as well as all other pleadings and/or notices served or required to be served by the Plaintiff or any other interested party, in these proceedings.

119914281v1

Respectfully submitted this 4th day of October 2021.

/s/ Matthew R. Brooks
Matthew R. Brooks (GA Bar No. 378018)
Harris B. Winsberg (GA Bar No. 770892)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Bank of America Plaza
600 Peachtree Street, Suite 3000
Atlanta, Georgia 30308-2216
Telephone No.:    (404) 885-2618
Facsimile No.:     (404) 885-3900
matthew.brooks@troutman.com
harris.winsberg@troutman.com

-and-

Joshua Berman (pro hac vice pending)
Matthew R. Devine (pro hac vice forthcoming)
Alice Tsier (pro hac vice forthcoming)
WHITE & CASE LLP
1221 6th Ave
New York, NY 10020
joshua.berman@whitecase.com
matthew.devine@whitecase.com
alice.tsier@whitecase.com
Telephone No.:    (212) 819-8200

*Counsel for Defendant Areu Studios Equity Investor, LLC*

119914281v1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the parties listed below with a copy of the foregoing *Notice of Appearance and Request for Notices* via first class mail, postage prepaid and/or by the court using the CM/ECF system, which will send an electronic e-mail notification to at least the following recipients:

Leslie M. Pineyro
Leon S. Jones
Jones and Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308
(404) 564-9300
Fax : 404-564-9301
Email: lpineyro@joneswalden.com
Email: ljones@joneswalden.com

This 4th day of October 2021.

*/s/ Matthew R. Brooks*
(GA Bar No. 378018)

119914281v1