IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |
| AREU STUDIOS, LLC,<br><br>    Movant,<br><br>v.<br><br>AREU STUDIOS EQUITY INVESTOR, LLC,<br><br>    Respondent. | ADVERSARY PROCEEDING<br>NO. 21-05103 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Areu Studios, LLC, reorganized debtor and plaintiff in the above-styled adversary proceeding, by and through undersigned counsel, and hereby dismisses the above-styled adversary proceeding without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041. Defendant has not yet served an answer or motion for summary judgment.

This 5th day of November, 2021.

                                            **JONES & WALDEN LLC**

                                            */s/ Leslie Pineyro*
                                            Leslie Pineyro
                                            Georgia Bar No. 969800
                                            Leon S. Jones
                                            Georgia Bar No. 003980
                                            699 Piedmont Ave NE
                                            Atlanta, GA 30308
                                            (404) 564-9300
                                            Attorneys for Plaintiff

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>AREU STUDIOS, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 20-71228-PMB |
| AREU STUDIOS, LLC,<br><br>Movant,<br><br>v.<br><br>AREU STUDIOS EQUITY INVESTOR, LLC,<br><br>Respondent. | ADVERSARY PROCEEDING<br>NO. 21-05103 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 5, 2021, I filed a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice ("Notice") on the Court's CM/ECF System, which will electronically serve all parties appearing, including:

- **Matthew R. Brooks**   matthew.brooks@troutmansanders.com
- **Harris Bryan Winsberg**   harris.winsberg@troutmansanders.com

I further certify that I have caused a copy of the Notice to be served by First Class Mail, Postage Prepaid on the following:

Joshua A. Berman
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

Matthew Devine
White & Case LLP
111 S. Wacker Dr.
Suite 5100
Chicago, IL 60606

Alice Tsier
White & Case LLP
1221 Avenue of Americas
New York, NY 10020-1095

    This 5th day of November, 2021.

                                      **JONES & WALDEN LLC**

                                      */s/ Leslie Pineyro*
                                      Leslie Pineyro
                                      Georgia Bar No. 969800
                                      699 Piedmont Ave NE
                                      Atlanta, GA 30308
                                      (404) 564-9300
                                      Attorneys for Plaintiff